UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MADRIGAL ALVAREZ,<br>Petitioner,<br>v.<br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br>Respondents. | Civil No. 08cv1325-L(POR)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On July 21, 2008 Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Having reviewed the Petition and finding that the matter is not appropriate for summary disposition, **IT IS HEREBY ORDERED** Respondents shall show cause why the Petition should not be granted by filing and serving a responsive memorandum not later than **August 21, 2008**. The response shall include any and all documents relevant to the determination of the issues raised by the Petition.

**IT IS FURTHER ORDERED** that if the Petitioner wishes to reply to the Respondents' responsive memorandum, he shall file a traverse not later than **September 12, 2008**.

/ / / / /

/ / / / /

Upon filing the foregoing, the parties shall await further order of this court.

**IT IS SO ORDERED.**

DATED: July 24, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL